**EXHIBIT "A"**



# Service of Process Transmittal

12/26/2019
CT Log Number 536877718

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:** **Process Served in New York**

**FOR:** Costco Wholesale Corporation (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** LEONARDA REYES, PLTF. vs. COSTCO WHOLESALE CORPORATION AND MORRIS BUILDERS, L.P., DFTS.

**DOCUMENT(S) SERVED:** Summons, Complaint, Verification, Attachment, Notice

**COURT/AGENCY:** Bronx County: Supreme Court, NY
Case # 349722019E

**NATURE OF ACTION:** Personal Injury - Failure to Maintain Premises in a Safe Condition - 05/11/2018

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, New York, NY

**DATE AND HOUR OF SERVICE:** By Process Server on 12/26/2019 at 11:59

**JURISDICTION SERVED :** New York

**APPEARANCE OR ANSWER DUE:** Within 20 days after the service of this Summons, exclusive of the day of service

**ATTORNEY(S) / SENDER(S):** MARCELO A. BUITRAGO
BUITRAGO & ASSCIATES, PLLC
274 Madison Avenue Suite 801
New York, NY 10016
646-858-0088

**ACTION ITEMS:** CT has retained the current log, Retain Date: 12/26/2019, Expected Purge Date: 01/10/2020

Image SOP

Email Notification, Laura Aznavoorian laura_aznavoorian@gbtpa.com

Email Notification, Zois Johnston zjohnston@costco.com

Email Notification, Maureen Papier maureen_papier@gbtpa.com

**SIGNED:** C T Corporation System
**ADDRESS:** 1999 Bryan Street
Suite 900
Dallas, TX 75201

**For Questions:** 866-665-5799
SouthTeam2@wolterskluwer.com

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

**SUMMONS**

-----------------------------------------------------------------------X

LEONARDA REYES,

Plaintiff(s),

-against-

COSTCO WHOLESALE CORPORATION and MORRIS BUILDERS, L.P.,

Defendants(s).

-----------------------------------------------------------------------X

Plaintiff(s) designate BRONX County as the place of trial.

The basis of the venue is: Plaintiff's Place of Residence
205 Alexander Avenue
Bronx, NY 10454

Index No.: 34972/2019E

Date Summons & Complaint Filed:

**To the above named Defendants(s):**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with this Summons, to serve a notice of appearance on the Plaintiff's Attorneys within 20 days after the service of this Summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
December 17, 2019

Yours, etc.,

BUITRAGO & ASSOCIATES, PLLC.

By:______________________________
**MARCELO A. BUITRAGO**
Attorneys for Plaintiff(s)
274 Madison Avenue Suite 801
New York, NY 10016
(646) 858-0088

Defendants' Addresses:

Costco Wholesale Corporation, 28 Liberty Street New York, New York 10005 and Via Secretary of State and Certified Mail RRR

Morris Builders, L.P., 28 Liberty Street New York, New York 10005 and Via Secretary of State and Certified Mail RRR

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------------------X
LEONARDA REYES,

Plaintiff(s),

-against-

COSTCO WHOLESALE CORPORATION
and MORRIS BUILDERS, L.P.,

Defendant(s).
--------------------------------------------------------------------X

Index No.: 34972 | 2019E

**VERIFIED COMPLAINT**

Plaintiff, by her attorneys, **BUITRAGO & ASSOCIATES, PLLC**, as and for the plaintiff's

Verified Complaint allege the following, upon information and belief and at all times hereinafter mentioned:

1. That at all the times hereinafter alleged, the plaintiff was and still is a resident of the County of Bronx and State of New York.

2. The cause of action herein allegedly arose in the State of New York, County of Westchester.

3. That this action falls within one or more of the exceptions as set forth in CPLR §1602, §1602(1), §1602(2), §1602(3), §1602(4), §1602(5), §1602(6), §1602(7), §1602(8), §1602(9), §1602(10), §1602(11), §1602(12), and §1603 of the State of New York.

4. On the 11th day of May, 2018, and at all times hereinafter mentioned the defendant, COSTCO WHOLESALE CORPORATION, was and still is a foreign limited liability company authorized to conduct business in the State of New York.

5. On the 11th day of May, 2018, and at all times hereinafter mentioned the defendant, MORRIS BUILDERS L.P., was and still is a foreign limited liability company authorized to conduct business in the State of New York.

6. On the 11th day of May, 2018, and at all times hereinafter mentioned the

defendant, COSTCO WHOLESALE CORPORATION, was and still is a domestic limited liability company authorized to conduct business in the State of New York.

7. On the 11th day of May, 2018, and at all times hereinafter mentioned the defendant, MORRIS BUILDERS, L.P., was and still is a domestic limited liability company authorized to conduct business in the State of New York.

8. On the 11th day of May, 2018, and at all times hereinafter mentioned, the Defendant, MORRIS BUILDERS, L.P., owned the premises located at 20 Stew Leonard Drive, County of Westchester and State of New York.

9. On the 11th day of May, 2018, defendant COSTCO WHOLESALE CORPORATION, leased the aforesaid premises from defendant, MORRIS BUILDERS, L.P..

10. On the 11th day of May, 2018, and at all times hereinafter mentioned, the Defendant, COSTCO WHOLESALE CORPORATION, operated the aforesaid premises.

11. On the 11th day of May, 2018, and all times hereinafter mentioned, the Defendant, COSTCO WHOLESALE CORPORATION, managed the aforesaid premises.

12. On the 11th day of May, 2018, and all times hereinafter mentioned, the Defendant, COSTCO WHOLESALE CORPORATION, controlled the aforesaid premises.

13. On the 11th day of May, 2018, and all times hereinafter mentioned, the Defendant, COSTCO WHOLESALE CORPORATION, maintained the aforesaid premises.

14. On the 11th day of May, 2018, and all times hereinafter mentioned, the Defendant, COSTCO WHOLESALE CORPORATION, repaired the aforesaid premises.

15. On the 11th day of May, 2018, and all times hereinafter mentioned, the Defendant, COSTCO WHOLESALE CORPORATION, inspected the aforesaid premises.

16. On the 11th day of May, 2018, and at all times hereinafter mentioned, the

Defendant, MORRIS BUILDERS, L.P., operated the aforesaid premises.

17. On the 11th day of May, 2018, and all times hereinafter mentioned, the Defendant, MORRIS BUILDERS, L.P., managed the aforesaid premises.

18. On the 11th day of May, 2018, and all times hereinafter mentioned, the Defendant, MORRIS BUILDERS, L.P., controlled the aforesaid premises.

19. On the 11th day of May, 2018, and all times hereinafter mentioned, the Defendant, MORRIS BUILDERS, L.P., maintained the aforesaid premises.

20. On the 11th day of May, 2018, and all times hereinafter mentioned, the Defendant, MORRIS BUILDERS, L.P., repaired the aforesaid premises.

21. On the 11th day of May, 2018, and all times hereinafter mentioned, the Defendant, MORRIS BUILDERS, L.P., inspected the aforesaid premises.

22. That on the 11th day of May, 2018, a dangerous and defective condition existed on the parking lot in front of the aforesaid premises.

23. That the defendants had actual notice of the dangerous and defective condition.

24. That the defendants had constructive notice of the dangerous and defective condition.

25. That the defendants caused and created the aforesaid dangerous and defective condition.

26. On the 11th day of May, 2018, plaintiff, LEONARDA REYES, was lawfully a pedestrian of the aforesaid premises.

27. On the 11th day of May, 2018, plaintiff, LEONARDA REYES, was lawfully a pedestrian of the aforesaid premises with the knowledge, permission and consent of the defendant.

pedestrian of the aforesaid premises, plaintiff was caused to be injured due to the dangerous and defective condition on the parking lot and sustain severe and permanent injuries.

29. The above mentioned occurrence and the results thereof were caused by the joint, several and concurrent negligence of the defendants and/or said defendants' servants, agents, employees and/or licensees in the ownership, operation, management, supervision, maintenance and control of the aforesaid premises.

30. That no negligence on the part of the plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

31. That because of the above stated premises, plaintiff was caused to sustained serious injuries and to have suffered pain, shock, mental anguish; that these injuries and their effects will be permanent; as a result of said injuries plaintiff was caused and will continue to be caused to incur expenses for medical care and attention and plaintiff was and will continue to be rendered unable to perform plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

32. That by reason of the foregoing, plaintiff, LEONARDA REYES, has been damaged in an amount which exceeds the jurisdiction limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, plaintiffs demand judgment against the defendant in an amount that exceeds the jurisdictional limits of the lower Courts which would otherwise have jurisdiction, all together with the costs and disbursements of these actions.

Dated: New York, New York
December 17, 2019                                         Yours, etc.,
                                                         BUITRAGO & ASSOCIATES, PLLC.

By:______________________________

**MARCELO A. BUITRAGO**
Attorneys for Plaintiff(s)
274 Madison Avenue Suite 801
New York, New York 10016
(646) 858-0088

**ATTORNEY'S VERIFICATION**

The undersigned, an attorney admitted to practice in the Courts of the State of New York, hereby affirms the following to be true under the penalties of perjury:

I, **MARCELO A. BUITRAGO,** attorney for the plaintiff in the within action have read the foregoing **COMPLAINT** and know the contents thereof; that the same is true to my own knowledge, except as to those matters therein stated to be alleged upon information and belief, and that as to those matters, your affirmant believes it to be true. The grounds of your affirmant's knowledge are investigations received by your affirmant.

The reason that this verification is made by your affirmant and not by the plaintiff is that the plaintiff is not within the County wherein your affirmant's offices are located

Dated: New York, New York
December 17, 2019

**MARCELO A. BUITRAGO**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

LEONARDA REYES,

Plaintiff/Petitioner,

- against -

Index No. 34972/2019E

COSTCO WHOLESALE CORPORATION and MORRIS BUILDERS, L.P.,

Defendant/Respondent.

## NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 12/19/2019

(Signature)

MARCELO A. BUITRAGO (Name)

BUITRAGO & ASSOCIATES, PLLC (Firm Name)

274 Madison Avenue - Ste 801 (Address)
New York, New York 10016

(646) 858-0088 (Phone)

ttroncoso@bajustice.com (E-Mail)

To: Costco Wholesale Corporation
28 Liberty Street
New York, NY 10005

VIA Secretary of State & certified mail RRR

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---------------------------------------------------------------X

LEONARDA REYES,

Index No.: 34972/2019E

Plaintiff(s),

-against-

COSTCO WHOLESALE CORPORATION and MORRIS BUILDERS, L.P.,

Defendant(s).

---------------------------------------------------------------X

***SUMMONS and VERIFIED COMPLAINT***

**BUITRAGO & ASSOCIATES, PLLC.**
Attorneys for Plaintiff(s)
274 Madison Avenue Suite 801
New York, New York 10016
Tel No.: 646-858-0088

Service of a copy of the within is hereby admitted:

Dated: